# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE:  RAZZ ELECTRICAL SERVICES, LLC	CASE  09-80493

---

**APPLICATION FOR APPOINTMENT OF REALTOR AND BROKER
AND APPROVAL OF COMPENSATION AND EXPENSES**

---

**NOW INTO COURT**, comes the above named debtor, who respectfully represents that:

1.

Debtor suggests that there are assets in its estate that it believes have equity which would benefit the estate. Debtor wishes to market these partials of immovable property in order to preserve the equity.

2.

Debtor believes it is in the best interests of the estate that it be authorized to employ a realtor/broker to assist in placing the real estate on the market to obtain the best price for the same as is possible under the prevailing conditions.

3.

Mover desires to retain the firm of **ROD NOLES REAL ESTATE** as a realtor and broker to assist it in the marketing of the home. It believes the firm to be well qualified to act as realtor and broker in this matter, and shows that the firm includes Alvin Mykoff with whom it has discussed the marketing of the assets. It understands him to be licensed to act as a realtor with prior experience in cases of this character; and, further shows that the firm is willing to perform the necessary services at the standard rate of commission in the industry in this area.

4.

Mover shows that the firm of Rod Noles Real Estate and its members and agents are "disinterested" and do not hold or represent an interest adverse to the estate nor has it served as an examiner in this case; additionally, the firm agrees that it will not while employed by applicant

represent a creditor in connection with the case; finally, they show that approval of its employment as realtor and broker will be in the best interest of this estate.

5.

Debtor also shows that the firm proposed to serve as realtor and broker has not been previously employed by said debtor or any person having an interest adverse to said debtor or any of the creditors of the debtor or any other party in interest, their respective attorney and accountants, the Office of the United States Trustee, or any person connected with or employed by the Office of the United States Trustee.

6.

The employment of the firm of Rod Noles Real Estate will be of benefit to the estate since it will result in the sale of real estate found in the estate for a price that is in keeping with its value in an expeditious fashion and the sale will not occur if there is not sufficient funds with which to pay the mortgage and expenses of the sale with a surplus to the debtor.

7.

The normal compensation for services of a realtor and a broker in this community for marketing and selling similar property is routinely fixed at ten (10) per cent of the gross sales price, together with expenses of the sale. Debtor shows that the same is fair and reasonable and has been approved previously by this court in similar cases.

8.

It is therefore appropriate that the same compensation package be approved at the time of appointment in order to avoid additional, unnecessary filings in this matter. Payment of this amount should be authorized to be paid at the time of closing.

**WHEREFORE, DEBTOR PRAYS** that it be authorized to employ and appoint the firm of **ROD NOLES REAL ESTATE,** as realtor and in particular Alvin Mykoff for the sale of the immovable property of the estate and that the fees of the same be authorized to be paid in the amount of ten

per cent (10%) of the gross sales proceeds of the sale at the time of closing.

       **/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON (#13546)**
**ATTORNEY-AT-LAW**
**P.O. DRAWER 1630**
**ALEXANDRIA, LOUISIANA 71309**
**TEL. 318-442-8658**

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing application has been provided to the Office of the US Trustee and all parties in interest this  28th  day of May, 2009.

       **/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: RAZZ ELECTRICAL SERVICES, LLC             CASE 09-80493

---

**DECLARATION UNDER PENALTY OF PERJURY**

---

**STATE OF LOUISIANA**

**PARISH OF RAPIDES**

      Now comes Alvin Mykoff, who appears on behalf of the firm of Rod Noles Real Estate, and swears under penalty of perjury that she is authorized to act on behalf of the firm of Rod Noles Real Estate, is a member of the firm and an agent associated with the firm, that the allegations contained in the foregoing application are true and correct, and that he is a qualified realtor, licensed to practice in the State of Louisiana. He further stated that he and the members and agents of the firm are disinterested persons and neither hold nor represent any adverse interest to the estate, and that the firm and its members and agents have not served as an examiner in this case nor have they or it been previously employed by debtor or any person having an interest adverse to the debtor or any of the creditors of said debtor or any other party in interest, their respective attorney and accountants, the Office of the United States Trustee, or any person connected with or employed by the Office of the United States Trustee. Affiant further states that the firm and its members and agents shall not, while employed by the Applicant, represent any creditor in connection with this case. He further stated that he has authority to and does execute this act in his individual capacity and as a representative of the firm of Rod Noles Real Estate.

      SIGNED UNDER PENALTY OF PERJURY, this 27th day of May, 2009, at Alexandria, Louisiana.

                                          /S/ ALVIN MYKOFF
                                           ALVIN MYKOFF