UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: RAZZ ELECTRICAL SERVICES, LLC          CASE NO. 09-80493
-----------------------------------------------------------------------------------------------------------------
MOTION FOR COMPENSATION OF REALTORS
-----------------------------------------------------------------------------------------------------------------

**NOW INTO COURT**, through undersigned counsel, comes Razz Electrical Services, LLC, who respectfully represents that:

1.

Debtor filed a Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code and continues in possession of its assets.

2.

Debtor seeks approval of the fees and expenses of the Real Estate Agents appointed by this Court in this case.

3.

This Court approved the application of Alvin Mykoff and the firm of Rod Noles Real Estate and Barbara Bonnette and the firm of United Country Town and Country Real Estate as real estate sales agents. As a result, purchasers have been located for several tracts of land and several sales have been compensated with the proceeds paid into the registry of this Court in accordance with the orders of this Court.

4.

The realtors should be compensated for their efforts and seek compensation in the amount of 6% of the gross proceeds of the sales which is in keeping with the commission normally authorized in this Courts.

5.

The sales to date which have been concluded are in the following adversary proceedings: (a.) 09-8013 for $137,500, (b) 09-8015 for $265,000, and (c) 09-8016 for $33,500, for a total of $436,000.00. Accordingly, total compensation (real estate commissions) is requested in the amount of $26,160.00.

6.

Debtor believes that the compensation requested is reasonable and in line with the amounts paid in the industry for similar services.

7.

Without the efforts of the realtors the same amount would not have been realized from the sale of these assets and therefore the payment of the same is in the best interests of the estate, its creditors and all parties in interest.

**WHEREFORE, DEBTOR PRAYS** that the compensation of the realtors be approved as set forth herein.

LAW OFFICE OF,

/S/ THOMAS R. WILLSON
**THOMAS R. WILLSON
P.O. DRAWER 1630
ALEXANDRIA, LA  71309
ATTORNEY I.D. #13546
PH. #318/442-8658**