UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: RAZZ ELECTRICAL SERVICES, LLC            CASE # 09-80493

-------------------------------------------------------------------------------------------------------------------

**NOTICE OF HEARING**

-------------------------------------------------------------------------------------------------------------------

**PLEASE TAKE NOTICE THAT** a hearing will be held on the **MOTION FOR COMPENSATION OF REALTORS** before this Honorable Court on the **14TH** day of **OCTOBER, 2009,** at **9:30 a.m.** in the United States Bankruptcy Court, Second Floor, 300 Jackson Street, Alexandria, Louisiana. Objections must be filed within five (5) days prior to the date of the hearing with the Clerk of the U.S. Bankruptcy Court, 300 Jackson Street, Alexandria, Louisiana, 71301, with a copy to the attorney for the debtor and the Office of the U.S. Trustee.

LAW OFFICE OF,

  /S/ THOMAS R. WILLSON
**THOMAS R. WILLSON (#13546)
P.O. DRAWER 1630
ALEXANDRIA, LA 71309
PHONE NO. 318-442-8658
ATTORNEY FOR DEBTOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that the Motion and this Notice has been provided to the Office of the U.S. Trustee, the IRS, and all parties in interest on the 16th day of September, 2009.

  /S/ THOMAS R. WILLSON
**THOMAS R. WILLSON**