**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:     RAZZ ELECTRICAL SERVICES, LLC     BANKRUPTCY CASE NO.

DEBTOR     09-80493

### RESPONSE AND OPPOSITION BY SOUTHERN HERITAGE BANK TO MOTION FOR COMPENSATION OF REALTORS

**NOW INTO COURT**, through undersigned counsel, comes **SOUTHERN HERITAGE BANK,** a secured creditor of the Debtor, Razz Electrical Services, LLC, which responds to and opposes the Motion for Compensation of Realtors as set forth below:

1.

Mover is a secured creditor of the Debtor as evidenced by its secured Proof of Claim filed in the amount of $1,697,270.02.

2.

Southern Heritage Bank holds a secured interest in movable property, equipment and real property of the Debtor-in-Possession.

3.

The motion requests compensation of realtors in various Adversary Complaints listed in paragraph 5 of the motion.

4.

The motion has not been filed in the Adversary Proceedings and notice has not been properly provided to Defendants in the Adversary Proceedings.

5.

Further, this Court has granted in part a Motion for Disbursement of Proceeds in Adversary Proceeding 09-8013 and deferred ruling until October 14 on other issues.

6.

As the Court is aware, there are certain disputes pending before the Court related to the disgorgement of realtor fees and commissions for auctioneers and those issues are yet unresolved.

7.

Southern Heritage Bank is unable to determine whether or not competing claims for commissions exists as to the commissions stated to be disbursed if the motion is approved.

8.

Further, the settlement statements for the closings do not reflect commissions payable in the amounts requested.

9.

Southern Heritage Bank opposes the motion for the reasons set forth above.

**WHEREFORE SOUTHERN HERITAGE BANK PRAYS** that this response and opposition be deemed good and sufficient and that this Court deny the Motion for Compensation of Realtors as filed.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600

**ATTORNEYS FOR SOUTHERN HERITAGE BANK**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Response and Opposition has been served upon Debtor, Razz Electrical Services, LLC, 84 H. Strange Road, Lecompte, LA 71346; Debtor's attorney, Thomas R. Willson, P. O. Drawer 1630, Alexandria, LA 71309-1630; and Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101, 318-676-3456, by placing a copy of same in the United States mail postage prepaid..
Alexandria, Louisiana this 7th day of October, 2009.

/s/ Stephen D. Wheelis
OF COUNSEL