SO ORDERED.
SIGNED December 15, 2009

HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE



FILED
DEC 16 2009
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**IN RE: RAZZ ELECTRICAL SERVICES, LLC**          **CASE NO.09-80493**

## ORDER

Considering the Motion for Compensation of Realtors,

**IT IS ORDERED THAT** the motion is granted in part, and that Noles-Frye Realty, Inc., is hereby awarded the sum of $15,900.00 in compensation as commission for the sale of real property that was the subject of adversary proceeding number 09-8015 before this Honorable Court, and that the funds in the amount of $15,900.00 that were withheld from the closing and deposited with the registry of the court are hereby ordered to be released and made payable to Noles-Frye Realty, Inc., P.O. Box 12487, Alexandria, Louisiana 71315.

# # #

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**


By: **/s/Bradley L. Drell**
Bradley L. Drell (#24387)
Amanda W. Barnett (#19225)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
**ATTORNEYS FOR DEBTORS NOLES-FRYE REALTY, INC.**

- and -

**WHEELIS & ROZANSKI**

**/s/ Stephen D. Wheelis**
Thomas R. Willson (Bar Roll #17205)
Richard A. Rozanski (Bar Roll #22583)
P.O. Box 13199
Alexandria, LA 71315-3199
PH: (318)445-5600
**ATTORNEYS FOR SOUTHERN HERITAGE BANK**