

FILED
FEB 2 4 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: RAZZ ELECTRICAL SERVICES, LLC        CASE NO. 09-80493

O R D E R  AUTHORIZING WITHDRAWAL OF FUNDS
FROM THE REGISTRY OF THE COURT

The Motion to Withdraw Funds from the Registry of the Court and to Pay Compensation Previously Approved, came on for hearing February 24, 2010, notice and service appearing proper, there being no objections filed thereto,

**IT IS THERFORE ORDERED** that the Motion is granted and the Clerk of this Court is ordered and directed to disburse the sum of FIFTY THOUSAND SEVEN HUNDRED ELEVEN AND .35/100'S ($50,711.35) DOLLARS, together with all accrued interest attributable to that amount, less any fees due the Clerk of Court on that amount,

**IT IS FURTHER ORDERED** that the check be made payable to Thomas R. Willson and transmitted by overnight courier to Thomas R. Willson at P.O. Drawer 1630, Alexandria, Louisiana 71309,

**IT IS FINALLY ORDERED** that the ten (10) day appeal period is waived as there was no opposition to the motion.

Signed this 24 day of February, 2010, at Alexandria, Louisiana.

JUDGE HENLEY A. HUNTER

COPY SENT
Date: 2/25/10
By:
To: First Dept
Certified Copy to Willson